IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-02882-WDM-MEH

DAN MARQUARDT,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

**NOTICE OF STIPULATED DISMISSAL AND ORDER TO REMAND**

Miller, J.

    This matter is before me on the Partial Stipulation for Dismissal with Prejudice (ECF No. 7) and the Stipulated Motion for Remand (ECF No. 8). I take judicial notice that Plaintiff's Fifth Claim for Relief is dismissed with prejudice, all parties to pay their own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A). I also take notice that pursuant to the parties' agreement, Plaintiff has agreed to release and discharge Defendant from all past and future claims under common law for bad faith and breach of contract.

    This matter was removed to this Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. The parties stipulate that with the dismissal of the above mentioned claims the amount in controversy is less than $75,000, the threshold amount to confer diversity jurisdiction on this Court. Therefore, jurisdiction is absent and remand is appropriate.

Accordingly, it is ordered:

1. This matter shall remanded to the District Court for Adams County, Colorado.

DATED at Denver, Colorado, on January 31, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge